IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW M. MUELLER

Defendant.

Case No.: 8:26CB9
Violation No.: 9183004-NE14

DISMISSAL ORDER

NOW ON THIS 6th day of October 2026, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 13). The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

Leave of Court is granted for the United States to dismiss, without prejudice, the violation in the above-captioned case as it to the Defendant, MATTHEW M. MUELLER.

DATED: October 6, 2026.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge